IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01434 EWN-MJW

MARYLAND CASUALTY COMPANY, a
Maryland corporation,

    Plaintiff,

v.

EDWARD A. MORSE, an individual;
MORSE CYCLE SALES, INC., a Colorado
corporation; and
PHILLIP WELLS, an individual,

    Defendants.

---

## [PROPOSED] ORDER GRANTING
## STIPULATED MOTION FOR PROTECTIVE ORDER
(Docket No. 24)

THE COURT, having reviewed the Stipulated Motion Entry of Protective Order filed by Plaintiff Maryland Casualty Company and Defendants Edward A. Morse, Morse Cycles Sales, Inc. and Phillip Wells, and being fully advised in the premises, hereby ORDERS:

The Stipulated Motion for Entry of Protective Order is GRANTED. The parties shall comply with the TERMS and CONDITIONS as set forth in the Stipulated Protective Order filed with this Court on November 27, 2007. (Docket No. 24-2)

Dated this 28th day of November, 2007.

BY THE COURT

*[signature]*

~~UNITED STATES DISTRICT COURT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

4824-3769-8050.1